NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VETERANS LEGAL ADVOCACY GROUP,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2022-1745

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-8291, Judge Amanda L. Meredith, Judge Scott Laurer, Judge William S. Greenberg.

---

**JUDGMENT**

---

HAROLD HAMILTON HOFFMAN, III, Veterans Legal Advocacy Group, Arlington, VA, argued for claimant-appellant. Also represented by MEGAN EILEEN HOFFMAN.

STEVEN MICHAEL MAGER, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent-appellee. Also represented by BRIAN M. BOYNTON, CLAUDIA BURKE, PATRICIA M. MCCARTHY; NATHAN KROES, CHRISTA A.

SHRIBER, Office of General Counsel, United States Department of Veterans Affairs, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, CHEN, and CUNNINGHAM, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 14, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court